**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-1358**
_____

EDWARD C. DEDRICK,

    Plaintiff – Appellant,

  v.

JOHN BERRY, Director, U.S. Office of Personnel Management;
JOHN MCHUGH, Secretary of the U.S. Army,

    Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District
Judge.  (1:07-cv-00429-WDQ)

_____

Submitted:  August 25, 2011   Decided:  September 7, 2011

_____

Before KING, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward C. Dedrick, Appellant Pro Se.  Neil R. White, Assistant
United States Attorney, Greenbelt, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward C. Dedrick appeals the district court's order denying his summary judgment motion and granting Defendants' cross-motion for summary judgment on Dedrick's action seeking review of the Merit Systems Protection Board's order denying his claim for disability retirement benefits under the Civil Service Reform Act, 5 U.S.C.A. § 1101 et seq. (West 2007 & Supp. 2011). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Dedrick v. Berry, No. 1:07-cv-00429-WDQ (D. Md. Feb. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED